**SO ORDERED: May 8, 2018.**



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| S&S STEEL SERVICES, INC., | ) | Case No. 15-07401-JJG-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| RANDALL L WOODRUFF, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | ADV. NO.  17-50043 |
| | ) | |
| v. | ) | |
| | ) | |
| BARRY SHARP; SHEREE SHARP; | ) | |
| ZACHARY SHARP; SHANNON SHARP; SAS LLP; | ) | |
| Z&S SHARP REAL ESTATE, INC.; | ) | |
| NAHUM ENTERPRISES; and | ) | |
| LEAD DOG TRANSPORT, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO REFER MATTER TO MEDIATION**

This matter having come before the Court on the Certified Joint Motion to Refer Matter to Mediation [Dkt. 50] filed by Adversary-plaintiff Randall L. Woodruff, Chapter 7 Trustee and Adversary-defendants Barry Sharp, Sheree Sharp, Zachary Sharp, Shannon Sharp, SAS LLP, Z&S Sharp Real Estate, Inc., Nahum Enterprises, and Lead Dog Transport, LLC, and the Court, having reviewed said Motion and being duly advised, hereby finds that the relief requested in the Motion is appropriate;

WHEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that

1. This adversary proceeding is referred to mediation;

2. All deadlines and hearings in this matter, as well as discovery, are hereby placed in abeyance until further notice from the parties and/or order of this Court;

3. The parties shall, within fourteen (14) days from the date of this Order, file their notice advising as to the selection of mediator or a motion asking the Court to establish a panel of mediator.

###