# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | S&S STEEL SERVICES, INC. | | |
| **Case Number:** | 15-07401-JJG-7A | **Chapter:** | 7 |
| **Date / Time / Room:** | FRIDAY, MAY 18, 2018 09:00 AM   IP 311 | | |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### Matter:

ADV: 1-17-50043

**Randall L Woodruff vs Barry Sharp**

Trial: Complaint [1, 22] (Day 3 of 3)

**R / M #:**   0 / 0

**VACATED:**   Order entered 2/23/18 granting Joint Motion to Continue Trial. Trial Continued to 8/3/18 at 9:00 a.m.

### Appearances:

NONE

### Proceedings:

VACATED: Order entered 2/23/18 granting Joint Motion to Continue Trial. Trial Continued to 8/3/18 at 9:00 a.m.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**