UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| S&S STEEL SERVICES, INC., | ) Case No. 15-07401-JJG-7A |
| | ) |
| Debtor. | ) |
| _____ | ) |
| RANDALL L WOODRUFF, Chapter 7 Trustee, | ) |
| | ) |
| Plaintiff, | ) ADV. NO.  17-50043 |
| | ) |
| -against- | ) |
| | ) |
| BARRY SHARP; SHEREE SHARP; | ) |
| ZACHARY SHARP; SHANNON SHARP; | ) |
| SAS LLP; Z&S SHARP REAL ESTATE, INC.; | ) |
| NAHUM ENTERPRISES; AND | ) |
| LEAD DOG TRANSPORT, LLC; | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MEDIATION**

Defendants Barry Sharp; Shannon Sharp; Zachary Sharp; Sheree Sharp; SAS LLP; Nahum Enterprises, Inc.; Lead Dog Transport, LLC and Z&S Sharp Real Estate, Inc., in compliance with S.D. Ind. B-9019-2(e), advise the Court that the mediation in this matter is scheduled to take place on August 7, 2018.

        Respectfully Submitted,

        */s/Christine K. Jacobson*
        Christine K. Jacobson (16756-49)
        JACOBSON HILE KIGHT LLC
        One Indiana Square, Suite 1600
        Indianapolis IN 46204
        317.608.1132
        cjacobson@jhklegal.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, the foregoing was filed electronically and notice of this filing will be sent to the following parties through the Court's ECF system upon the following:

Sarah Lynn Fowler on behalf of Plaintiff Randall L Woodruff
Sarah.Fowler@icemiller.com, Kathy.peed@icemiller.com

Michael W. Hile on behalf of Defendant Lead Dog Transport LLC
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Nahum Enterprises LLC
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant SAS Llp
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Z&S Sharp Real Estate Inc.
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Barry Sharp
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Shannon Sharp
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Sheree Sharp
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Michael W. Hile on behalf of Defendant Zachary Sharp
mhile@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Lead Dog Transport LLC
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Nahum Enterprises LLC
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant SAS Llp
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Z&S Sharp Real Estate Inc.

cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Barry Sharp
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Shannon Sharp
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Sheree Sharp
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Christine K. Jacobson on behalf of Defendant Zachary Sharp
cjacobson@jacobsonhile.com, assistant@jacobsonhile.com

Dana S Katz on behalf of Plaintiff Randall L Woodruff
dkatz@foxrothschild.com

Michael G Menkowitz on behalf of Plaintiff Randall L Woodruff
mmenkowitz@foxrothschild.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Elizabeth C Viele on behalf of Plaintiff Randall L Woodruff
eviele@foxrothschild.com

*/s/ Christine K. Jacobson*
Christine K. Jacobson