# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | S&S STEEL SERVICES, INC. |
| **Case Number:** | 15-07401-JJG-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 25, 2018 10:00 AM   IP 311 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** | HEATHER HEISER-DAVIS |
| **Reporter / ECR:** | HEATHER HEISER-DAVIS |

## Matter:

ADV: 1-17-50043

**Randall L Woodruff vs Barry Sharp**

Final Pretrial Conference: Complaint [1],[22]

R / M #:   0 / 0

**VACATED:   Per Order Granting Joint Motion for Mediation entered 5/8/2018**

## Appearances:

## Proceedings:

Vacated: Per Order Granting Joint Motion for Mediation entered 5/8/2018

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**